UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON LEVETTE WASHINGTON,<br>Plaintiff,<br>v.<br>YASSA GOBA WASHINGTON,<br>Defendant. | Case No. 20-cv-01882-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 5 |

On March 16, 2020, Plaintiff Jason Levette Washington filed the instant case against Defendant Yassa Goba Washington. (Dkt. No. 1.) Plaintiff also filed a motion for leave to proceed in forma pauperis, which was denied on April 21, 2020 because it was incomplete. (Dkt. Nos. 2, 5.) The Court ordered Plaintiff to submit an amended IFP application or pay the filing fee by May 22, 2020. (Dkt. No. 5 at 1.)

On April 23, 2020, an April 7, 2020 clerk's notice directing Plaintiff to file a consent or declination was returned as undeliverable. (Dkt. No. 6.) On May 18, 2020, the Court's April 21, 2020 order denying the IFP application was also returned as undeliverable. (Dkt. No. 7.)

Civil Local Rule 3-11(a) states that "a party proceeding pro se whose address changes while an action is pending must promptly file with the Court and serve upon all opposing parties a Notice of Change of Address specifying the new address." Civil Local Rule 3-11(b) permits the Court to dismiss a complaint without prejudice where mail directed to the "pro se party by the Court has been returned to the Court as not deliverable," and "the Court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address." Thus, Plaintiff was required to file a Notice of Change of Address by June 22, 2020. To date, Plaintiff has not done so, and the Court notes that he also failed to file his amended IFP

application by May 22, 2020.

Accordingly, the Court ORDERS Plaintiff to show cause, by **July 31, 2020**, why his case should not be dismissed by filing a Notice of Change of Address with his current address. Also, by **July 31, 2020**, Plaintiff shall file an amended IFP application using the Northern District of California's form or pay the filing fee. Failure to timely respond and file all documents will result in the case being reassigned to a district judge with the recommendation that it be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

Dated: July 9, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge